LAWRENCE HARRIS, Respondent, *v.* WALTER B. GLADSTONE, Appellant.

NEVIN REIMEL, Respondent, *v.* WALTER B. GLADSTONE, Appellant.

WILMA REIMEL, Respondent, *v.* WALTER B. GLADSTONE, Appellant.

Argued February 24, 1947; decided April 11, 1947.

*Harold L. Moskowitz* and *Leo Wiener* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.